** ETHICS COMMISSION — PENALTIES — POLITICAL OFFICE ** THE PENALTIES PROVIDED FOR IN 74 O.S. 4221 [74-4221](B), 74 O.S. 4221 [74-4221](C) ARE NOT MANDATORY BUT MAY BE IMPOSED BY THE OKLAHOMA ETHICS COMMISSION AT ITS DISCRETION. (FILING REPORTS, FILE REPORTS, FAILURE, LISTING OF CONTRIBUTIONS, FEES, CAMPAIGN FUND) CITE: 74 O.S. 4215 [74-4215] 74 O.S. 4214 [74-4214], 74 O.S. 4200 [74-4200], 74 O.S. 4209 [74-4209], 74 O.S. 4206 [74-4206] (DOUGLAS B. ALLEN)